■ In the Matter of an Application to Quash a Grand Jury Subpoena. J.T.R., Appellant; ADAM LEVY, Respondent. (And Other Titles.) [21 NYS3d 640]—In a proceeding pursuant to CPLR

2304 to quash a grand jury subpoena, the petitioner appeals from an order of the County Court, Putnam County (Zuckerman, J.), dated August 11, 2015, which denied the application.

Ordered that the appeal is dismissed, without costs or disbursements.

The petitioner's appeal from the order denying the application to quash the grand jury subpoena served by the respondent has been rendered academic. We take judicial notice of the information in the correspondence from counsel in connection with this appeal that the respondent has withdrawn the subject grand jury subpoena. Therefore, any determination by this Court will not affect the rights of the parties (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 713-714 [1980]). Nor do the circumstances presented warrant addressing the issues raised under an exception to the mootness doctrine (*see id.* at 714-715). Hall, J.P., Austin, Roman and Barros, JJ., concur.